

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 18, 2022

**BY ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

                    Re:    *The New York Times Co. and Adam Goldman v. Executive Office for United States Attorneys*, No. 22 Civ. 3609 (JMF)

Dear Judge Furman:

       This Office represents defendant the Executive Office for United States Attorneys ("EOUSA") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"). We write respectfully on behalf of the parties in accordance with this Court's Order dated May 5, 2022 (ECF No. 7), directing the parties to submit a joint letter indicating whether there is any need for discovery or an initial conference in this case, and if not, providing a proposed briefing schedule for any motions.

       Because this is a FOIA action, it is not generally subject to civil discovery. Instead, this case will be resolved either through the parties' agreement, or by the submission of cross-motions for summary judgment on the basis of agency declarations. *Carney v. DOJ*, 19 F.3d 807, 812 (2d Cir. 1994). The parties therefore agree that there is no need for discovery or an initial conference in this case.

       With respect to a proposed briefing schedule, the parties are not yet in a position to propose a schedule for summary judgment briefing. As the government has advised plaintiffs, EOUSA is in the process of identifying records potentially responsive to plaintiffs' FOIA request and identifying other components within the Department of Justice (or elsewhere in the government) with which EOUSA will need to consult for purposes of processing any such records. Thereafter, the parties expect to confer in an effort to agree to a schedule for processing any potentially responsive material. Accordingly, the parties respectfully request permission to submit a status letter on or before Friday, June 17, 2022, proposing a schedule for the processing of documents or submitting their positions with respect to any outstanding issues should the parties be unable to reach an agreement. In addition, the government intends to answer plaintiffs' complaint by the current deadline of Monday, June 6, 2022.

We thank the Court for its consideration of this letter.

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                  United States Attorney for the
                                  Southern District of New York
                                  *Attorney for Defendant*

                     By:   */s/ Christopher Connolly*
                                  CHRISTOPHER CONNOLLY
                                  Assistant United States Attorney
                                  86 Chambers Street, 3rd Floor
                                  New York, New York 10007
                                  Tel.: (212) 637-2761
                                  Fax: (212) 637-2786
                                  E-mail: christopher.connolly@usdoj.gov

cc:  *Plaintiffs' counsel* (by ECF)