

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 17, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re: *The New York Times Co. and Adam Goldman v. Executive Office for United States Attorneys*, No. 22 Civ. 3609 (JMF)

Dear Judge Furman:

This Office represents defendant the Executive Office for United States Attorneys ("EOUSA") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"). In accordance with the Court's order dated May 19, 2022 (ECF No. 11), we write respectfully on behalf of the parties to provide a status report.

The parties have agreed that EOUSA will complete processing of the record responsive to plaintiffs' FOIA request and produce any non-exempt material by Monday, August 1, 2022. Thereafter, the parties will meet and confer to identify any outstanding issues and discuss appropriate next steps. Accordingly, we respectfully request permission to submit a further joint status report by Wednesday, August 10, 2022.

We thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
*Attorney for Defendant*

By: __/s/ Christopher Connolly__
CHRISTOPHER CONNOLLY
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2761
Fax: (212) 637-2786
E-mail: christopher.connolly@usdoj.gov

cc: *Plaintiffs' counsel* (by ECF)