

David McCraw
Senior Vice President &
Deputy General Counsel

212 556-4031
mccraw@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

August 9, 2022

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *The New York Times Company v. Executive Office for United States Attorneys*, No. 22-cv-3609-JMF

Dear Judge Furman:

I am counsel for plaintiff The New York Times Company and Adam Goldman (jointly, "The Times") in the above-captioned action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I submit this letter on behalf of all parties pursuant to the Court's June 21, 2022 Order (Dkt. No. 14).

On May 4, 2022, The Times brought this action seeking the release of reports relating to a May 5, 2020 interview of Edward William Priestap conducted by the United States Attorney for the Eastern District of Missouri. *See* Dkt. No. 1. On August 1, 2022, the Executive Office for United States Attorneys ("EOUSA") produced the responsive records. The parties agree that EOUSA's production satisfies The Times's FOIA request. A stipulation and proposed order will be filed separately.

We thank the Court for its consideration of this submission.

Respectfully submitted,

/s/ David McCraw

David McCraw

cc: All counsel of record (via ECF)