UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
:
THE NEW YORK TIMES COMPANY and
ADAM GOLDMAN,                                              :    No. 22-cv-03609-JMF

                  Plaintiffs,                      :    **STIPULATION AND
                                                                ORDER OF DISMISSAL**

              v.                                            :

EXECUTIVE OFFICE FOR                                       :
UNITED STATES ATTORNEYS,
                                                           :
              Defendant.
----------------------------------------------------------- x

       WHEREAS on or about May 4, 2022, Plaintiffs The New York Times Company and Adam Goldman (jointly, "The Times") filed a complaint in the above-captioned suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking the release of certain records by Defendant Executive Office for United States Attorneys ("EOUSA"), in connection with a FOIA request dated July 16, 2020;

       WHEREAS on or about June 3, 2022, EOUSA answered the Plaintiffs' complaint;

       WHEREAS EOUSA responded to the FOIA request by producing responsive records on August 1, 2022;

       WHEREAS The Times has determined that it will not pursue further release of information or documents and seeks to dismiss its claims against EOUSA under the terms set forth below;

       IT IS HEREBY STIPULATED, by and between the parties, as follows:

       1.     EOUSA's production resolves any and all claims that The Times now has or may hereinafter acquire against EOUSA or the United States of America ("United

States"), or any department, agency, officer, or employee of EOUSA and/or the United States, related to or arising out of this FOIA request.

2. The claims brought by The Times are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

3. The parties understand and agree that this Stipulation and Order contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall have any force or effect.

4. Nothing in this Stipulation and Order affects, or shall be construed to affect, the rights of The Times to pursue further release of information or documents from EOUSA through other FOIA requests.

Dated: New York, NY
       August 9, 2022

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: Christopher Connolly
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2761
Fax: (212) 637-2786
Email: christopher.connolly@usdoj.gov

*Counsel for Defendant*

THE NEW YORK TIMES COMPANY

David E. McCraw
Deputy General Counsel
The New York Times Company
620 8th Avenue, 13th Floor
New York, NY 10018
Tel: (212) 556-4031
Fax: (212) 556-4634
Email: mccrad@nytimes.com

*Counsel for Plaintiffs*

SO ORDERED:

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE